EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                                                 | 2004 TSPR 31      |
|--------------------------------------------------------------------------------------------------------|-------------------|
| Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal   | 160 DPR _____     |

Número del Caso: ER-2004-1

Fecha: 1 de marzo de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

| | | |
|---|---|---|
| Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal | ER-2004-1 | Normas Especiales para la Asignación de Abogados y Abogadas de Oficio |

RESOLUCIÓN

San Juan, Puerto Rico, a 1 de marzo de 2004

La responsabilidad y labor de representar ante el foro judicial a los indigentes que son acusados de la comisión de delito público en nuestra jurisdicción recae, de ordinario y de manera principal, sobre los hombros de los abogados que integran la Sociedad para Asistencia Legal. <u>Ramos Acevedo</u> v. <u>Tribunal Superior</u>, 133 D.P.R. 599 (1993).

El Director de la Sociedad para Asistencia Legal ha informado la imposibilidad de continuar asumiendo nuevos casos para la representación legal de personas indigentes.

Es evidente que la situación señalada requiere que se tomen medidas cautelares para proteger los derechos, deberes e intereses afectados. En atención a ello, el Tribunal determina que mientras dure esta situación se modifica el Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal de julio de 1998 y serán de aplicación las siguientes normas:

1. Se faculta a las Juezas y Jueces Administradores y a las Juezas y Jueces del Tribunal de Primera Instancia

a nombrar abogadas o abogados de oficio sin tener que utilizar la Regla 8 (Orden de Asignación) y la Regla 10 (Registro para el Control de Asignaciones), de dicho Reglamento.

2. Se faculta a las Juezas y Jueces Administradores a coordinar con la directiva de la delegación del Colegio de Abogados de cada región judicial la creación de un panel de abogadas y abogados que de forma voluntaria y compensada representen a personas indigentes en causas de índole penal.

3. Se autoriza a las abogadas y abogados asignados de oficio que presten sus servicios en virtud de los incisos 1 y 2, durante este período, a solicitar compensación económica por todas las horas trabajadas, relevándoles de la obligación de ofrecer servicio gratuito según dispuesto en la Regla 26 del Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal, *supra*.

4. La Directora Administrativa de los Tribunales implantará de forma eficiente y expedita estas normas.

Esta medida la tomamos para descargar nuestra responsabilidad de asegurar la buena marcha de la administración de la justicia criminal en Puerto Rico.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri está conforme con la resolución, pero además, hace constar que en su criterio no debe interpretarse que el Tribunal desaprueba los reclamos de la Sociedad para Asistencia Legal ni que de modo alguno se pretende afectar su derecho constitucional a hacer esos reclamos.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo